IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, the Commonwealths of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA, *ex rel*. PATRICIA CROCANO, <br><br> Plaintiffs, <br><br> v. <br><br> TRIVIDIA HEALTH, INC. TRIVIDIA HEALTHCARE SYSTEMS, LLC and TRIVIDIA MEDITECH, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 3:17-cv-00327-JMC <br><br><br><br><br><br><br> **ORDER** |

The Court has reviewed the Notice of Election to Decline Intervention (ECF No. 40) filed by the United States. The United States has declined to intervene in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). The named Plaintiff States of California, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont,

Virginia, Washington, and the District of Columbia (together, the "Plaintiff States") have declined to intervene, pursuant to their respective false claims statutes.

Accordingly, the Court orders as follows:

**IT IS ORDERED** that,

1. The Complaint be unsealed and served upon the defendants by the relator;

2. The relator serve this Order and The Government's Notice of Election to Decline Intervention, after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action, with the exception of Docket Entries 5, 10,13, 18, 22, and 26;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the Plaintiff States.  The United States and Plaintiff States may order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the Plaintiff States;

6. All orders of this Court shall be sent to the United States and the Plaintiff States; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, either the relator or the defendants will solicit the written consent of the United States and the Plaintiff States before presenting the matter to this court for its ruling or granting its approval.

8. In accordance with the terms of the Maryland False Health Claims Act, Md. Code Ann., Health Gen., § 2-607(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

                                                                             s/J. Michelle Childs
                                                                             J. Michelle Childs
                                                                             United States District Judge

September 13, 2021
Columbia, South Carolina